Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

1  On Oregon IN THE UNITED STATES DISTRICT COURT aka d(D)istrict c(C)ourt of the
2  United States FOR THE DISTRICT OF OREGON seeking jurisdiction and justice at 1000 SW
3  3rd Ave, Portland in courthouse 740!Notice to the agency is notice to the corporate governance.

4  Ronald Charles Vrooman                                    )
5  Party for Plaintiff Pro se and                             )
6  Ronald Charles Vrooman Private Attorney                    )
7  Generals by the United States Congress 42                  )
   U.S.C.1988 and18 U.S.C.1510 and 18 U.S.C.
8  1512 and to be known as "One of the People"                )
   also "Qualified Criminal Investigator" and
9  "Federal Witness" and by unrebutted affidavit.             )
10 Status identified and unrebutted. Beaverton
   Oversight Committee and its members;
11 Ronald Vrooman, Raymond Senkel, Richard
   Koenig, Ross Abordokaninau, Laura Weaver,
12 Kambiz Moradi, Chris Walker; Others to be
13 named and added later.

14

15 Vrs.

16 All those listed in Sidney R. Thomas
17 communiqué dated 8/1/17

18
19
20
21 without the state of Oregon   without the state of Washington
22 under penalty of perjury
23                                  Ronald Charles Vrooman 8/10/17
24                                  on Oregon within the
25                                  United States of America

                                    certified copy
                                    RV  8/10/17

Case: 3'17-CV 1261-JC
ex parte Vrooman

A new case(s) into Law and Equity Court Portland. Guaranteed Article III, 11th amendment and VII amendment.

Failure to provide due process and violations of inalienable, civil and human rights and RICO. All are violations of 18 USC 3571 and other codes, thus of our inalienable rights guaranteed by our founding documents such as the Constitution. During the unlawful conduct in their council and courts and in their paperwork, proof of and incontrovertible evidence in their own records of violation of governing law. SCOTUS case law is law for all inferior courts. Thus my/our rights as/for Oregonians, non US citizens, free inhabitants, and others as they are identified have been violated.

To: John Coughenour appointed as judge into my cases. Is there room on your calendar soonest. For: an ex parte hearing as a prelude to a pre-trial conference.